

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jan Wojtaszek | Civil Action No. 18cv542-MMA(JMA) |
| **Plaintiff,** | |
| V. | |
| Tramview Investors | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Although the Court is sympathetic to Plaintiff's apparent unfortunate circumstances, the allegations set forth in the Complaint do not state a valid claim upon which relief can be granted. Furthermore, Plaintiff fails to provide any basis for the Court's subject matter jurisdiction over the action. Because "it is absolutely clear that the deficiencies of the complaint could not be cured by amendment," the Court dismisses the complaint with prejudice. The Clerk of Court is instructed to close the case and enter judgment accordingly.

Date: 3/30/18

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ R. Chapman
R. Chapman, Deputy